## MOTION DOCKET

**96–779.  State v. Creasey.**
Cuyahoga App. No. 65717.  On request for findings of fact/conclusions of law.  Request denied.

**96–1054.  Enyart v. Columbus Metro. Area Community Action Org.**
Franklin App. No. 95APE08–1033.  On motion to consolidate case with case No. 96–2235, *Enyart v. Columbus Metro. Area Community Action Org.*, Franklin App. No. 96APE01–42.  Motion granted.
LUNDBERG STRATTON, J., dissents.
*Sua sponte,* discretionary appeal allowed in 96–2235.
COOK and LUNDBERG STRATTON, JJ., dissent.
On motion for sanctions pursuant to Civil Rule 11; revised motion to vacate entry granting stay of execution of judgment and motion to expedite; motion to strike appellants' supplement, and motion for sanctions; motion to require appellants to post bond; and motion to expedite appeal.  Motions denied.
PFEIFER, J., dissents.

**96–2155.  Risien v. Indus. Comm.**
Franklin App. No. 95APD03–336.  On motion for admission *pro hac vice* of Harold G. Levison filed by Eric K. Combs.  Motion granted.

**96–2247.  State ex rel. The Plain Dealer v. Ohio Dept. of Ins.**
In Mandamus.  On answer of respondent.  *Sua sponte,* alternative writ granted.  On motion for leave to intervene by Blue Cross & Blue Shield Mutual of Ohio.  Motion granted.
On request to expedite.  Request denied.
PFEIFER, J., dissents.
*Sua sponte,* cause to be scheduled for oral argument.

**96–2333.  Zukowski v. Testa.**
Franklin App. No. 96APH03–358.  On motion for stay of proceedings.  Motion denied.